STATE OF NEW JERSEY v. FERNANDO TERRELL.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DEAN.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD SLUSHER.

March 15, 1983.

Petition for certification denied.

N.L. INDUSTRIES, INC. v. MARSHALL MAINTENANCE, INC.

March 15, 1983.

Petition for certification denied.